**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____**DIVISION**


_JASON SMITH_____
        **Plaintiff(s),**

    **v.**

**UNITED STATES DEPARTMENT**
**OF EDUCATION, MOHELA, NELNET**          **Civil Action Number: __3:26-cv-00073_____**

_____
        **Defendant(s),**


## LOCAL RULE 83.1 (N) CERTIFICATION


**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of PLAINTIFF'S REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND RELY TO DEFENDANT'S OPPOSITION,**
**(Title of Document)**
   ___JASON SMITH_____
Name of _Pro Se_ Party (Print or Type)

_Jason Smith_____
 Signature of _Pro Se_ Party


Executed on: ___17  JULY 2026_____(Date)

                            **OR**


**The following attorney(s) prepared or assisted me in preparation of _____(Title of Document)**


_____
(Name of Attorney)


_____
(Address of Attorney)


_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.


_____
(Name of _Pro Se_ Party (Print or Type)


_____
Signature of _Pro Se_ Party

Executed on: _____(Date)