## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he caused a copy of the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND RELY TO DEFENDANT'S OPPOSITION** to be electronically filed and served upon the parties of record via notice from the Eastern District of Virginia's CM/ECF e-filing notification system on July 17, 2026.

*Jason Smith*

1